31220.  ROBERTS *v.* SOUTHERN RAILWAY COMPANY.

PARKER, J.  This case on its facts is so nearly like the companion case of *Roberts* v. *Southern Ry. Co.*, ante, the decision in that case, is controlling in this case.

*Judgment affirmed.  Sutton, P. J., and Felton, J., concur.*

DECIDED APRIL 25, 1946.

*L. A. Whipple, Ringel & Ringel, D. W. Krauss,* for plaintiff.
*W. S. Mann, J. F. Floyd,* for defendant.